# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

THOMAS JOHN WINDETT,

      Plaintiff,

      v.

FRANK BISIGNANO,
Commissioner of Social Security,

      Defendant.

C.A. No. 25-1251-JLH-LDH

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 8th day of July, 2026:

WHEREAS, on June 22, 2026, Magistrate Judge Hatcher issued a Report and Recommendation (D.I. 16) in this action, which recommended that the Court grant Plaintiff's Motion for Summary Judgment (D.I. 10) and deny the Commissioner's Cross-Motion for Summary Judgment (D.I. 13);

WHEREAS, no party filed objections to the Report and Recommendation pursuant to Federal Rule of Civil Procedure 72(b)(2) in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 16) is ADOPTED.  Plaintiff's Motion for Summary Judgment (D.I. 10) is GRANTED and the Commissioner's Cross-Motion for Summary Judgment (D.I. 13) is DENIED.  The Clerk of Court is directed to CLOSE this case.

_____
Honorable Jennifer L. Hall
United States District Court